UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA -SOUTHERN DIVISION

| | |
|---|---|
| THOMAS FRANKLIN TARBUTTON,<br><br>             Petitioner,<br><br>   v.<br><br>WARDEN RICK HILL,<br><br>            Respondent. | Case No. SACV 21-1209-FMO(AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND**<br><br>**RECOMMENDATIONS OF UNITED**<br><br>**STATES MAGISTRTE JUDGE** |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

    **IT IS ORDERED** that Petitioner's motion for reconsideration and renewed Rule 7 Motion be DENIED, and that Judgment be entered denying the Petition and dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

DATED: April 10, 2023

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

2