JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA –SOUTHERN DIVISION

| | |
|---|---|
| THOMAS FRANKLIN TARBUTTON,<br><br>            Petitioner,<br><br>    v.<br><br>WARDEN RICK HILL,<br><br>            Respondent. | Case No. SACV 21-1209-FMO(AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

DATED: April 10, 2023

                                                               /s/<br>
                                          FERNANDO M. OLGUIN<br>
                                    UNITED STATES DISTRICT JUDGE